Jeffery A. Briggs, Esq.
State Bar No. 211227
580 Mt. Rose Street
Reno, NV 89509
(775) 786-1555
(775) 284-3809 (fax)
jeff@jabriggslaw.com
Attorney for Plaintiff, ANDREW SPRINGMEYER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SPRINGMEYER, | ) Case No.: 2:09-CV-01181-LKK-GGH |
| Plaintiff, | ) |
| v. | ) |
| A.S.J.S. INC. and DOES ONE through FIFTY, inclusive, | ) **STIPULATION AND ORDER FOR** <br> **DISMISSAL WITH PREJUDICE** |
| Defendants. | ) Comp. Filed: 04/30/09 |

PLAINTIFF, ANDREW SPRINGMEYER, and DEFENDANT, A.S.J.S. INC., by and through their undersigned counsel of record, hereby stipulate as follows:

1. Plaintiff and Defendant agree to the dismissal of all causes of action in this matter with prejudice, each party to bear their own attorney's fees and costs.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

STIPULATION AND ORDER FOR DISMISSAL                                      1

PDF created with pdfFactory trial version www.pdffactory.com

2. Accordingly, the parties jointly request this Court dismiss all parties to this matter and the same be dismissed with prejudice.

IT IS SO STIPULATED.

Dated:          September 8, 2009          /s/ Jeffery A. Briggs_____
                                           Jeffery A. Briggs, Attorney for Plaintiff,
                                           ANDREW SPRINGMEYER

Dated:          September 8, 2009          /s/ Robert West_____
                                           Robert West, Attorney for Defendant,
                                           A.S.J.S., INC.

**ORDER**

IT IS SO ORDERED.

Dated:  September 10, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER FOR DISMISSAL                                              2